# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRUCE HARRISON BIRCH,
Petitioner,

vs.

THE HONORABLE WILLIAM A.
MADDOX; AND THE SECOND
JUDICIAL DISTRICT COURT OF THE
STATE OF NEVADA, IN AND FOR THE
COUNTY OF WASHOE,
Respondents.

No. 71487

**FILED**

JAN 1 3 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition apparently seeks a writ of mandamus directing the district court to allow petitioner to file a notice of appeal in district court docket number CV16-00231. After this petition was filed, the district court clerk transmitted a notice of appeal to this court in district court docket number CV16-00231. The appeal has been docketed as No. 71688. Because it therefore appears that this petition is moot, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. William A. Maddox, District Judge
       Bruce Harrison Birch
       Attorney General/Carson City
       Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-01303